IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR269 |
| vs. | INDICTMENT |
| RICHARD C. DETTY, | 18 U.S.C. § 39A |
| Defendant. | |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2022 DEC 13 PM 3:41
OFFICE OF THE CLERK

The Grand Jury charges that

## COUNT I

On or about October 24, 2021, in the District of Nebraska, the defendant, RICHARD C. DETTY, knowingly aimed the beam of a laser pointer at an Omaha Police Department helicopter, an aircraft in the special aircraft jurisdiction of the United States.

In violation of Title 18, United States Code, Section 39A.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: _____
JOHN E. HIGGINS, #19546
Assistant U.S. Attorney

1