IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICHARD C. DETTY, ) <br> ) <br> Defendant. ) <br> ) | 8:22CR269 <br><br> ORDER |

    This matter is before the court on defendant's Unopposed Motion to Continue Trial [21]. Counsel needs additional time to complete plea negotiations. The undersigned magistrate judge finds that good cause exists for the requested continuance. Accordingly,

    **IT IS ORDERED** that the Unopposed Motion to Continue Trial [21] is granted as follows:

1. The jury trial now set for June 6, 2023, is continued to August 15, 2023.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 15, 2023,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: May 18, 2023**

                                                               BY THE COURT:

                                                                s/ Susan M. Bazis
                                                                **United States Magistrate Judge**